## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SHERNENA BUSH, SAMANTHA HANSEN, SANTINO TAP, and RHONDA MOSES, on behalf of themselves and all others similarly situated;** | **8:24CV260** |
| **Plaintiffs,** | **ORDER** |
| **vs.** | |
| **OMAHA HOUSING AUTHORITY, a Nebraska Municipal Corporation;** | |
| **Defendant.** | |

The named plaintiffs have each filed an application to proceed with this litigation without prepaying fees or costs.  (Filing No. 2; Filing No. 3; Filing No. 4; Filing No. 5).  The information contained in the plaintiffs' affidavits demonstrates they are eligible to proceed *in forma pauperis*. Accordingly,

**IT IS ORDERED:**

1.    Plaintiffs' applications, (Filing No. 2; Filing No. 3; Filing No. 4; Filing No. 5), are granted, and the complaint shall be filed without payment of fees.

2.    The Clerk of Court shall send a copy of this Order together with one summons form and one USM-285 form to Plaintiffs' attorney of record for service of process on Defendant.

3.    If Plaintiffs are not requesting service by United States Marshal, Plaintiffs' attorney of record shall, as soon as possible, complete the summons form and return them to the Clerk of Court to be issued. The issued summons will then be returned to Plaintiffs' attorney of record for service on Defendant.

4    If Plaintiffs are requesting service by the United States Marshal, Plaintiffs' attorney of record shall, as soon as possible, complete the requisite USM-285 form and the summons form and return them to the Clerk of Court.  The Clerk of Court will sign the summons forms, to be forwarded with a copy of Plaintiffs' Complaint to the U.S. Marshal for service of process.  The Marshal shall serve the summons and the Complaint without payment of costs or fees.

5.    This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

Dated this 28th day of June, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge