IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHERNENA BUSH, SAMANTHA HANSEN, SANTINO TAP, and RHONDA MOSES, on behalf of themselves and all others similarly situated;<br><br>                Plaintiffs,<br><br>   vs.<br><br>OMAHA HOUSING AUTHORITY, a Nebraska Municipal Corporation;<br><br>                Defendant. | **8:24CV260**<br><br>**ORDER** |

      **IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 27) is granted and Shay P. Talbitzer is deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Shay P. Talbitzer in this case.

      Dated this 19th day of September, 2024.

                                      BY THE COURT:

                                    s/Michael D. Nelson
                                    United States Magistrate Judge